| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Jr., Milan D. | Ninth Circuit | 05/04/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States Court of Appeals
Suite 2325, 222 N Sepulveda Bl
El Segundo, California 90245

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self Employed Attorney |
| 2. 2016 | Gogian Foundation-Trustee |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Co. | B | Dividend | K | T | | | | | |
| 2. Intuitive Surgical Inc. | | None | K | T | Sold (part) | 05/05/16 | J | C | |
| 3. | | | | | Sold (part) | 06/27/16 | J | C | |
| 4. | | | | | Sold (part) | 10/13/16 | J | C | |
| 5. American Tower Corp CL A | A | Dividend | K | T | Sold (part) | 01/20/16 | J | C | |
| 6. Devon Energy Corp New | | None | | | Sold | 01/15/16 | J | A | |
| 7. Pepsico Incorporated | B | Dividend | K | T | Sold (part) | 05/05/16 | J | C | |
| 8. Canadian Natl Ry Co. | A | Dividend | K | T | | | | | |
| 9. Aetna: Whole Life Insurance Policy | | None | L | T | | | | | |
| 10. Quanta SVCS Inc | | None | K | T | | | | | |
| 11. Oneok Inc New | C | Dividend | L | T | Buy (add'l) | 03/04/16 | J | | |
| 12. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 13. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 14. | | | | | Sold (part) | 05/31/16 | J | A | |
| 15. | | | | | Sold (part) | 06/24/16 | J | C | |
| 16. | | | | | Sold (part) | 08/16/16 | J | B | |
| 17. | | | | | Sold (part) | 11/08/16 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/21/16 | J | C | |
| 19. AGNC Investment Corp (Formerly American Capital Agency Corp) | D | Dividend | | | Buy (add'l) | 02/05/16 | K | | |
| 20. | | | | | Sold (part) | 12/14/16 | K | A | |
| 21. | | | | | Sold | 12/15/16 | J | A | |
| 22. Williams Partners LP Com Unit Ltd Part Int | B | Distribution | K | T | | | | | |
| 23. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | B | Dividend | N | T | Buy (add'l) | 08/30/16 | K | | |
| 24. | | | | | Sold (part) | 08/16/16 | J | A | |
| 25. MFA Mortgage Investments Inc. (MFA Financial Inc) | C | Dividend | K | T | Buy (add'l) | 03/04/16 | J | | |
| 26. | | | | | Sold (part) | 05/31/16 | J | A | |
| 27. Putnam Managed Municipal Income Trust-SBI | A | Dividend | J | T | | | | | |
| 28. Putnam Municipal Opportunities Trust-SBI | B | Dividend | K | T | | | | | |
| 29. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | D | Dividend | M | T | Buy (add'l) | 07/19/16 | J | | |
| 30. | | | | | Sold (part) | 03/04/16 | J | A | |
| 31. | | | | | Sold (part) | 09/13/16 | J | A | |
| 32. | | | | | Sold (part) | 09/14/16 | J | A | |
| 33. | | | | | Sold (part) | 10/13/16 | J | A | |
| 34. Ishares Barclays Intermediate Credit Bond Fund | D | Dividend | M | T | Buy (add'l) | 06/30/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy (add'l) | 07/16/16 | J | | |
| 36. Ishares Barclays 1-3 YR Credit Bond Fund ETF | C | Dividend | N | T | Buy (add'l) | 06/30/16 | J | | |
| 37. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 38. Ishares Core US Credit Bond (FKA Ishares Trst Barclay Credit Bond ETF) | C | Dividend | L | T | Sold (part) | 03/04/16 | J | A | |
| 39. | | | | | Sold (part) | 06/24/16 | K | C | |
| 40. | | | | | Sold (part) | 09/14/16 | J | A | |
| 41. | | | | | Sold (part) | 10/13/16 | J | A | |
| 42. | | | | | Sold (part) | 12/02/16 | K | B | |
| 43. Ameren Corp | B | Dividend | K | T | Sold (part) | 02/24/16 | J | B | |
| 44. | | | | | Sold (part) | 06/24/16 | J | C | |
| 45. Abbott Laboratories | A | Dividend | K | T | Sold (part) | 06/24/16 | J | A | |
| 46. Enterprise Products Partners LP | B | Dividend | K | T | | | | | |
| 47. Blackrock Income Trust Inc | B | Dividend | K | T | Sold (part) | 12/02/16 | J | A | |
| 48. Gabelli Dividend & Income Fund | D | Dividend | M | T | Sold (part) | 04/28/16 | J | A | |
| 49. Eli Lilly & Co | A | Dividend | K | T | Sold (part) | 03/17/16 | J | A | |
| 50. | | | | | Sold (part) | 04/13/16 | J | A | |
| 51. | | | | | Sold (part) | 10/13/16 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. H & Q Healthcare Investors SBI | B | Dividend | K | T | | | | | |
| 53. Managed Duration Invt Grade Mun FD | B | Dividend | K | T | | | | | |
| 54. Ishares TR S&P Short Term Natl Amtfr | A | Dividend | L | T | Buy<br>(add'l) | 10/13/16 | K | | |
| 55. Textron Inc | A | Dividend | J | T | Buy<br>(add'l) | 03/17/16 | J | | |
| 56. | | | | | Sold<br>(part) | 01/27/16 | J | A | |
| 57. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | D | Dividend | N | T | Buy<br>(add'l) | 03/04/16 | L | | |
| 58. | | | | | Buy<br>(add'l) | 10/13/16 | J | | |
| 59. | | | | | Sold<br>(part) | 05/05/16 | J | A | |
| 60. BlackRock Credit Allocation | D | Dividend | L | T | Sold<br>(part) | 02/24/16 | J | A | |
| 61. | | | | | Sold<br>(part) | 05/31/16 | J | A | |
| 62. | | | | | Sold<br>(part) | 09/13/16 | J | A | |
| 63. | | | | | Sold<br>(part) | 11/01/16 | J | A | |
| 64. | | | | | Sold<br>(part) | 11/10/16 | J | A | |
| 65. Ishares Trust S&P Global Info Technology Sector Index Fund | B | Dividend | M | T | Sold<br>(part) | 01/12/16 | J | A | |
| 66. | | | | | Sold<br>(part) | 02/24/16 | J | B | |
| 67. | | | | | Sold<br>(part) | 03/04/16 | J | A | |
| 68. | | | | | Sold<br>(part) | 11/01/16 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Calamos Global Dynamic Income Fund | D | Dividend | L | T | Buy (add'l) | 05/05/16 | K | | |
| 70. | | | | | Sold (part) | 05/05/16 | K | A | |
| 71. | | | | | Sold (part) | 11/10/16 | J | A | |
| 72. Corning Inc | B | Dividend | L | T | Sold (part) | 04/13/16 | J | A | |
| 73. | | | | | Sold (part) | 05/31/16 | J | A | |
| 74. | | | | | Sold (part) | 08/16/16 | J | A | |
| 75. | | | | | Sold (part) | 11/08/16 | J | A | |
| 76. Koninklijke Philips Electrs N V Sponsored ADR New 2000 | B | Dividend | K | T | Sold (part) | 06/24/16 | J | A | |
| 77. | | | | | Sold (part) | 08/16/16 | J | A | |
| 78. | | | | | Sold (part) | 10/12/16 | J | A | |
| 79. Columbia Fds Ser TR IX Tax Exempt FD CL A | B | Dividend | K | T | | | | | |
| 80. Ishares TR 2016 S&P AMT Free Municipal Ser Fd | A | Dividend | | | Sold | 05/03/16 | K | A | |
| 81. Ishares TR 2017 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | | | | | |
| 82. Gabelli Healthcare & Wellness Trust | C | Dividend | K | T | Sold (part) | 01/12/16 | J | A | |
| 83. | | | | | Sold (part) | 04/13/16 | J | A | |
| 84. BlackRock Equity Dividend Trust | C | Dividend | L | T | Sold (part) | 01/12/16 | J | A | |
| 85. | | | | | Sold (part) | 03/18/16 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 09/13/16 | J | A | |
| 87. Centerpoint Energy Inc. | A | Dividend | J | T | Buy<br>(add'l) | 03/17/16 | J | | |
| 88. | | | | | Sold<br>(part) | 03/11/16 | J | A | |
| 89. American Electric Power Co Inc | A | Dividend | J | T | Sold<br>(part) | 03/02/16 | J | A | |
| 90. | | | | | Sold<br>(part) | 03/17/16 | J | A | |
| 91. | | | | | Sold<br>(part) | 04/13/16 | J | A | |
| 92. | | | | | Sold<br>(part) | 07/07/16 | J | A | |
| 93. Pimco ETF TR Enhanced Short Maturity | C | Dividend | N | T | Buy<br>(add'l) | 03/11/16 | K | | |
| 94. | | | | | Sold<br>(part) | 04/13/16 | J | A | |
| 95. Southern Co | A | Dividend | K | T | Sold<br>(part) | 05/31/16 | J | A | |
| 96. Ishares TR Dow Jones SEL Divid Index FD | A | Dividend | K | T | | | | | |
| 97. FirstEnergy Corp | A | Dividend | J | T | Sold<br>(part) | 07/20/16 | J | A | |
| 98. Sempra Energy | A | Dividend | K | T | Sold<br>(part) | 05/31/16 | J | A | |
| 99. | | | | | Sold<br>(part) | 07/07/16 | J | A | |
| 100. Anworth Mortgage Asset Corp | D | Dividend | L | T | Buy | 02/02/16 | J | | |
| 101. | | | | | Buy<br>(add'l) | 02/05/16 | K | | |
| 102. | | | | | Buy<br>(add'l) | 02/24/16 | K | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 05/05/16 | J | | |
| 104. | | | | | Buy<br>(add'l) | 06/24/16 | J | | |
| 105. Frontier Communications Corp | C | Dividend | K | T | Buy<br>(add'l) | 03/17/16 | J | | |
| 106. | | | | | Buy<br>(add'l) | 11/08/16 | J | | |
| 107. | | | | | Buy<br>(add'l) | 11/10/16 | J | | |
| 108. | | | | | Sold<br>(part) | 03/02/16 | J | A | |
| 109. | | | | | Sold<br>(part) | 08/16/16 | J | A | |
| 110. Eaton Vance Risk Managed Global<br>Diversified Equity Income | B | Dividend | K | T | Buy<br>(add'l) | 07/19/16 | J | | |
| 111. Eaton Vance Tax Managed Global<br>Diversified Equity Income | | None | K | T | | | | | |
| 112. Hollyfrontier Corporation | | None | | | Sold | 02/03/16 | J | A | |
| 113. Intel Corp | B | Dividend | L | T | Sold<br>(part) | 10/12/16 | J | A | |
| 114. Abbvie Inc. (Spinoff of Abbott<br>Laboratories) | B | Dividend | K | T | Sold<br>(part) | 03/17/16 | J | A | |
| 115. | | | | | Sold<br>(part) | 08/16/16 | J | A | |
| 116. | | | | | Sold<br>(part) | 08/19/16 | J | A | |
| 117. Merck & Co. Inc. | B | Dividend | L | T | Sold<br>(part) | 06/24/16 | J | A | |
| 118. | | | | | Sold<br>(part) | 08/19/16 | J | A | |
| 119. Air Lease Corporation | A | Dividend | K | T | Sold<br>(part) | 01/20/16 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Eaton Vance California Municipal Bond Fund | C | Dividend | K | T | Sold (part) | 02/24/16 | J | A | |
| 121. | | | | | Sold (part) | 05/02/16 | J | A | |
| 122. | | | | | Sold (part) | 08/19/16 | J | A | |
| 123. | | | | | Sold (part) | 09/14/16 | J | A | |
| 124. Ishares 2018 AMT Free Muni Term ETF | A | Dividend | K | T | | | | | |
| 125. Conagra Foods Inc. | A | Dividend | K | T | Sold (part) | 03/17/16 | J | A | |
| 126. | | | | | Sold (part) | 04/13/16 | J | A | |
| 127. | | | | | Sold (part) | 05/31/16 | J | A | |
| 128. | | | | | Sold (part) | 10/31/16 | J | A | |
| 129. Discover Financial Services | | None | | | Sold | 01/20/16 | J | A | |
| 130. Citigroup Inc Com | A | Dividend | J | T | Buy (add'l) | 12/07/16 | J | | |
| 131. | | | | | Sold (part) | 02/05/16 | J | A | |
| 132. Neuberger Berman Real Estate Securities Income Fund | B | Dividend | K | T | Sold (part) | 01/12/16 | J | A | |
| 133. | | | | | Sold (part) | 09/13/16 | J | A | |
| 134. Sunedison Inc | | None | | | Sold (part) | 01/12/16 | J | A | |
| 135. | | | | | Sold | 01/15/16 | J | A | |
| 136. Money Mkt Obligs Tr Federated Prime Obligs FD | A | Dividend | | | Closed | 09/30/16 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Ishares 3 to 7 Year Treasury Bond ETF | C | Dividend | N | T | Buy (add'l) | 08/30/16 | J | | |
| 138. | | | | | Sold (part) | 05/05/16 | J | A | |
| 139. | | | | | Sold (part) | 06/24/16 | J | A | |
| 140. | | | | | Sold (part) | 07/19/16 | J | A | |
| 141.  Ishares US ETF Tr Short Term Maturity Bond ETF | C | Dividend | N | T | Buy (add'l) | 05/31/16 | L | | |
| 142. | | | | | Buy (add'l) | 06/24/16 | L | | |
| 143.  One Gas Inc. | A | Dividend | K | T | Sold (part) | 01/20/16 | J | A | |
| 144. | | | | | Sold (part) | 02/24/16 | J | B | |
| 145.  Ishares Tr 0-5 Yr Invt Grade Corp Bd ETF | A | Dividend | L | T | | | | | |
| 146.  SPDR Nuveen Barclays California Municipal Bond ETF | B | Dividend | | | Sold | 09/02/16 | L | C | |
| 147.  Nuveen California AMT Free Municipal Income Fund | B | Dividend | K | T | | | | | |
| 148.  SPDR Nuveen Barclays Short Term Municipal Bond ETF | A | Dividend | K | T | Buy | 03/04/16 | L | | |
| 149. | | | | | Sold (part) | 03/16/16 | J | A | |
| 150.  Ishares Gold Trust | | None | K | T | Buy | 09/21/16 | J | | |
| 151. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 152. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 153. | | | | | Buy (add'l) | 12/21/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Central Fund of Canada LTD CL-A Non Voting Shares | A | Dividend | K | T | Buy (add'l) | 02/24/16 | J | | |
| 155. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 156. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 157. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 158. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 159. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 160. | | | | | Sold (part) | 12/21/16 | K | A | |
| 161. Pimco Intermediate Municipal Bond Active Exchange Traded Fund | A | Dividend | K | T | Buy (add'l) | 06/30/16 | J | | |
| 162. Alps ETF TR Alerian MLP | A | Dividend | J | T | Buy | 08/11/16 | J | | |
| 163. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 164. Pattern Energy Group Inc Class A | A | Dividend | J | T | Buy | 04/28/16 | J | | |
| 165. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 166. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 167. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 168. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 169. | | | | | Sold (part) | 12/02/16 | K | A | |
| 170. Kinder Morgan Inc | | None | | | Sold | 01/12/16 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Centurylink Inc | B | Dividend | K | T | Buy (add'l) | 05/05/16 | J | | |
| 172. Northern Tier Energy LP | A | Dividend | | | Buy (add'l) | 02/24/16 | J | | |
| 173. | | | | | Sold (part) | 03/11/16 | J | A | |
| 174. | | | | | Sold | 04/06/16 | K | A | |
| 175. Communications Sales & Leasing Inc Com (Spinoff of Windstream Corp) | B | Dividend | K | T | Buy | 04/28/16 | J | | |
| 176. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 177. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 178. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 179. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 180. | | | | | Sold (part) | 12/02/16 | J | A | |
| 181. Bank of Nova Scotia | A | Dividend | J | T | Sold (part) | 04/28/16 | J | A | |
| 182. | | | | | Sold (part) | 08/30/16 | J | A | |
| 183. Annaly Capital Management Inc | | None | | | Buy | 07/06/16 | J | | |
| 184. | | | | | Sold (part) | 07/18/16 | J | A | |
| 185. | | | | | Sold | 12/15/16 | J | A | |
| 186. Vanguard Calif Tax Free Intermediate Term Tax Exempt Fund | B | Dividend | K | T | Buy (add'l) | 01/12/16 | K | | |
| 187. | | | | | Buy (add'l) | 03/17/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 12/28/16 | K | A | |
| 189. Eaton Corporation | A | Dividend | J | T | Buy | 03/17/16 | J | | |
| 190. Vanguard Short Term Government Bond ETF | B | Dividend | N | T | Buy<br>(add'l) | 02/24/16 | M | | |
| 191. | | | | | Buy<br>(add'l) | 03/02/16 | K | | |
| 192. | | | | | Buy<br>(add'l) | 05/05/16 | L | | |
| 193. | | | | | Buy<br>(add'l) | 07/20/16 | K | | |
| 194. | | | | | Buy<br>(add'l) | 08/19/16 | L | | |
| 195. | | | | | Sold<br>(part) | 12/28/16 | K | A | |
| 196. US Govt Money Market Fund RBS Reserve Class | A | Dividend | M | T | | | | | |
| 197. Transamerica Advisors: Whole Life Insurance Policy | | None | K | T | | | | | |
| 198. Aurora National Life Assurance: Whole Life Insurance Policy | | None | K | T | | | | | |
| 199. Metlife: Whole Life Insurance Policy | A | Dividend | J | T | | | | | |
| 200. Lamb Weston Holdings Inc Common Stock (Spinoff of Conagra Foods Inc.) | A | Dividend | J | T | Spinoff<br>(from line 125) | 11/10/16 | J | | |
| 201. | | | | | Sold<br>(part) | 11/10/16 | J | A | |
| 202. Orbital Atk Inc Com | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 203. | | | | | Buy<br>(add'l) | 12/07/16 | J | | |
| 204. Tsakos Energy Navig USD1 | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 206. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 207. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 208. | | | | | Sold (part) | 09/13/16 | J | A | |
| 209. Vaneck Vectors ETF TR Gold Miners ETF | | None | J | T | Buy | 12/20/16 | J | | |
| 210. Alps ETF TR Sprott Gold Miners ETF | A | Dividend | K | T | Buy | 02/05/16 | J | | |
| 211. | | | | | Buy (add'l) | 02/24/16 | J | | |
| 212. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 213. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 214. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 215. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 216. | | | | | Sold (part) | 12/20/16 | J | A | |
| 217. Euronav NV | B | Dividend | K | T | Buy | 05/31/16 | J | | |
| 218. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 219. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 220. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 221. | | | | | Buy (add'l) | 08/19/16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 223. | | | | | Sold (part) | 09/30/16 | J | A | |
| 224. Vanguard Scottsdale Funds Vanguard Intermediate-Term | A | Dividend | | | Buy | 10/13/16 | K | | |
| 225. | | | | | Sold | 12/02/16 | K | A | |
| 226. SPDR Ser TR S&P Biotech ETF | A | Dividend | J | T | Buy | 04/28/16 | J | | |
| 227. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 228. Franco-Nevada Corporation | | None | J | T | Buy | 12/29/16 | J | | |
| 229. Pimco Stocksplus Short Fund Class | | None | J | T | Buy | 11/07/16 | J | | |
| 230. Hatteras Financial Group | A | Dividend | | | Buy | 02/02/16 | J | | |
| 231. | | | | | Sold | 07/15/16 | J | | |
| 232. Allergan PLC | | None | | | Buy | 06/02/16 | J | | |
| 233. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 234. | | | | | Sold | 11/30/16 | J | A | |
| 235. Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Buy | 07/20/16 | K | | |
| 236. Schwab Target 2030 Fund | A | Dividend | K | T | Buy | 01/02/16 | K | | |
| 237. Schwab CA Tax Free Bond | A | Dividend | K | T | Buy | 01/02/16 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:     /s/Milan D. Smith, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544